

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

On March 23, 2015, Appellant filed his original brief. On April 6, 2015, this court struck the brief and denied Appellant's motion for leave to extend word count. On April 16, 2015, Appellant filed an amended brief in compliance with the Texas Rules of Appellate Procedure. Appellant's brief is hereby filed as of April 16, 2015. The State's brief is due May 18, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court